In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-373 CV


____________________



BARBARA MEDELLIN, INDIVIDUALLY AND ON BEHALF OF 


THE ESTATE OF JOHN MCGREW, DECEASED, AND ON BEHALF OF 


ALL HEIRS OF JOHN MCGREW, Appellant



V.



BIG HORN AUTO SALES, INC., Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-07-05489 CV






MEMORANDUM OPINION (1)


 We received notice of appeal filed August 13, 2003. We notified the parties that
the notice of appeal did not appear to have been timely filed. The appellant did not reply
to our correspondence. The summary judgment was signed on March 24, 2003, and made
final by the signing of a severance order on May 9, 2003. Motion for new trial was filed
on June 9, 2003. A notice of appeal was filed on August 13, 2003, more than 90 days
from the date the judgment was signed. Appellant did not establish that the notice of
appeal was mailed by the due date. See Tex. R. Civ. P. 5. The appellant did not file a
motion for extension of time with this Court. See Tex. R. App. P. 26.3. The Court finds
appellant failed to timely perfect an appeal, and further failed to present a reasonable
explanation for her need for an extension. Tex. R. App. P. 10.5(b)(1)(c).

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED. 

 

 PER CURIAM



Opinion Delivered January 15, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.